UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TERRY LEWIS,

          Plaintiff,

    vs.

M.D. BITTER, et al.,

          Defendants.

1:19-cv-01094-LJO-GSA-PC

**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (ECF No. 12.)**

**ORDER DISMISSING THIS CASE AS DUPLICATIVE OF CASE 1:19-cv-00840-BAM-PC**

**ORDER FOR CLERK TO CLOSE THIS CASE**

      Terry Lewis ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On September 26, 2019, findings and recommendations were entered, recommending that this action be dismissed as duplicative of case 1:19-cv-00840-BAM-PC (Lewis v. Bitter, et al.). (ECF No. 12.)  Plaintiff was granted fourteen days in which to file objections to the findings and recommendations.  The fourteen-day time period has passed, and Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on September 26, 2019, are adopted in full;

2. This case is dismissed as duplicative of case 1:19-cv-00840-BAM-PC (Lewis v. Bitter, et al.); and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **November 2, 2019**                 **/s/ Lawrence J. O'Neill**
                                              UNITED STATES CHIEF DISTRICT JUDGE